RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIANCA LANG-BLACK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AAA LIFE INSURANCE COMPANY; a foreign corporation; and DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.  2:23-cv-00117-GMN-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** |

Riley A. Clayton, Esq., hereby files this Motion to Remove Counsel from Electronic Service List and Request for Discontinuation of Notice.

Riley A. Clayton, Esq., represented Defendant AAA Life Insurance Company in this matter in the Eighth Judicial District Court of Nevada (Case No. A-22-860381-C), which was then removed to this Honorable Court. On June 13, 2023, the undersigned counsel was substituted out of the case by the firm of Hejmanowski & McCrea LLC. The Substitution of Attorneys was filed on June 13, 2023 [ECF No. 33].

Accordingly, it is no longer necessary that Riley A. Clayton, Esq. receive electronic notice in this matter.

/ / /

/ / /

/ / /

1

Therefore, Riley A. Clayton, Esq. respectfully requests discontinuation of notice in these proceedings and that he be removed from the electronic service list in this matter.

DATED this 19th day of June, 2023.

HALL JAFFE & CLAYTON, LLP

By: */s/ Riley A. Clayton*
RILEY A. CLAYTON
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128

**IT IS SO ORDERED**.

DATED: June 21, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATION OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of HALL JAFFE & CLAYTON, LLP and on the 19th day of June, 2023, I served the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** on the following parties by electronic transmission through the Court's e-filing and service program, addressed to the following:

Brock K. Ohlson, Esq.
Justin A. Corne, Esq.
Caitlin J. Lorelli, Esq.
BROCK K. OHLSON, PLLC
6060 Elton Avenue
Las Vegas, NV 89107
*Attorneys for Plaintiff*

Charles H. McCrea, Jr., Esq.
HEJMANOWSKI & MCCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
*Attorneys for Defendant*

*/s/ Kelli Wightman*
An Employee of
HALL JAFFE & CLAYTON, LLP