1  BROCK K. OHLSON, ESQ.
   Nevada Bar No. 12262
2  JUSTIN A. CORNE, ESQ.
   Nevada Bar No. 14504
3  CAITLIN J. LORELLI, ESQ.
   Nevada Bar No. 14571
4  **BROCK K. OHLSON PLLC**
5  6060 Elton Avenue
   Las Vegas, Nevada 89107
6  (702) 982-0055 Phone
   (702) 982-0150 Fax
7  E-Mail: EFILE@INJURED.VEGAS
8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11

12  BIANCA LANG-BLACK, an individual,        CASE NO.: 2:23-cv-00117-GMN-DJA

13              Plaintiff,

14  vs.                                      **STIPULATION AND PROPOSED
                                             ORDER TO EXTEND DEADLINE TO
15                                           SUBMIT JOINT PRETRIAL ORDER**
    AAA LIFE INSURANCE COMPANY, a
16  foreign corporation; AND DOES I through V,
    and ROE CORPORATIONS I through V,
17  inclusive,

18              Defendants.

19

20

21  The Parties by and through their counsel of record hereby stipulate extend the deadline to submit

22  the joint pretrial order pursuant to LR 16-3 and LR 16-4 which is presently due October 18, 2024.

23      This brief extension is necessary due to current trial schedules and a personal emergency

24  requiring Plaintiff's counsel to be out of office. The parties will work diligently together to prepare

25  a comprehensive Joint Pretrial Order and the instant request is brought in good faith. The parties

26                          Page 1 of 2

27

28

1  respectfully request a one-week extension in an abundance of caution, making the Joint Pretrial

2  Order due Friday, October 25, 2024.

3  **IT IS SO STIPULATED**

| Dated: October 18, 2024 | Dated: October 18, 2024 |
|---|---|
| By: /s/ *Caitlin Lorelli* | By: /s/ *Emily Felix* |
| Caitlin J. Lorelli, Esq. | Paul R. Hejmanowski, Esq. (NSB #94) |
| Nevada Bar No. 14571 | Charles H. McCrea, Esq. (NSB #104) |
| BROCK K. OHLSON PLLC | PRHLAWLLC |
| 6060 Elton Avenue | 520 South Fourth Street, Suite 360 |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89101 |
| (702) 982-0055 Phone | T: (702) 834-6166 |
| (702) 982-0150 Fax | paul@prhlawllc.com |
| E-Mail: EFILE@INJURED.VEGAS | charles@prhlawllc.com |
| *Attorneys for Plaintiff* | |
| | Amy B. Boyea (admitted pro hac vice) |
| | Emily K. Felix (admitted pro hac vice) |
| | MCDOWELL HETHERINGTON LLP |
| | 1000 Ballpark Way, Suite 209 |
| | Arlington, TX 76011 |
| | Telephone: (817) 635-7300 |
| | Facsimile:  (817) 635-7308 |
| | E-mail: Amy.Boyea@mhllp.com |
| | E-mail: Emily.Felix@mhllp.com |
| | *Attorneys for Defendant AAA Life Insurance Company* |

**IT IS SO ORDERED.**

Dated this __21__ day of October, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Page 2 of 2