BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Suite 110
Las Vegas, NV 89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff(s)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIANCA LANG-BLACK, an individual, | CASE NO.: 2:23-cv-00117-GMN-DJA |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| AAA LIFE INSURANCE COMPANY; a foreign corporation; and DOES I through V, and ROE CORPORATIONS I through V, inclusive, | |
| Defendant. | |

**THE PARTIES HEREBY STIPULATE AND AGREE** that this action is dismissed with prejudice, including all claims that were or could have been raised in this action. Each party shall bear its own costs and attorney's fees.

DATED: September 22, 2025

By: /s/ Brock K. Ohlson
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Suite 110
Las Vegas, NV 89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS

*Attorneys for Plaintiff*

By: /s/ Amy B. Boyea
Paul R. Hejmanowski, Esq. (NSB #94)
Charles H. McCrea, Esq. (NSB #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
T: (702) 834-6166
paul@prhlawllc.com
charles@prhlawllc.com

Amy B. Boyea (admitted *pro hac vice*)
Emily K. Felix (admitted *pro hac vice*)
Kade A. Rhodes (admitted *pro hac vice*)
MCDOWELL HETHERINGTON LLP
1000 Ballpark Way, Suite 209
Arlington, TX 76011
Telephone: (817) 635-7300
Facsimile: (817) 635-7308
E-mail: Amy.Boyea@mhllp.com
E-mail: Emily.Felix@mhllp.com
E-mail: Kade.Rhodes@mhllp.com

*Attorneys for Defendant*
*AAA Life Insurance Company*

ORDER

IT IS SO ORDERED.

The Clerk of Court is kindly directed to close this case.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT